AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Herbert Demond York, et al, | ) | |
| *Plaintiff,* | ) | |
| v. | ) | Civil Action No.    1:15-cv-04305-RMG-SVH |
| T. Johnson, et al, sued in his individually and official capacities, | ) | |
| *Defendant,* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),

which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with

costs.

❑ the plaintiff recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____

recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Herbert Demond York, shall take nothing of the defendant, T. Johnson, and this action is

dismissed without prejudice pursuant to FRCP 41.

This action was *(check one)*:

❑ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❑ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel, United States District Judge, presiding, dismissing the case with

prejudice.

Date:   December 18, 2015                         *ROBIN L. BLUME, CLERK OF COURT*

                                                        s/M. Walker
                                        _____
                                                *Signature of Clerk or Deputy Clerk*